IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TOURJOUS JACKSON o/b/o S.M.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:08CV860-SRW |
| ) | (WO) |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is REVERSED and this action is REMANDED to the Commissioner for further administrative proceedings.[1]

Done, this 13th day of April, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] In the event plaintiff is awarded benefits on remand, plaintiff shall have ninety (90) days after plaintiff receives notice of the amount of any award of past due benefits to seek fees from this court pursuant to 42 U.S.C. § 406(b).